No. 88–2003. ROLLINSON ET AL. *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. 

No. 88–2004. ADLER *v.* UNITED STATES; and
No. 88–7439. HELLER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. Reported below: 866 F. 2d 1336.

No. 88–2005. RIVERA *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. 

No. 88–2006. INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA ET AL *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied. 

No. 88–2007. BORDALLO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 88–2008. RISH *v.* CONNECTICUT. App. Ct. Conn. Certiorari denied. 

No. 88–2010. ROY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 88–2011. WECHSLER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 88–2012. LAMONTAGNE *v.* PENSION PLAN OF THE UNITED WIRE, METAL & MACHINE PENSION FUND ET AL. C. A. 2d Cir. Certiorari denied. 

No. 88–2013. ATKINS ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 88–2014. AUSTIN PRODUCTS CO. ET AL. *v.* WORKERS' COMPENSATION INSURERS RATING ASSOCIATION OF MINNESOTA ET AL. C. A. 8th Cir. Certiorari denied. 

No. 88–2015. OLYMPIA ROOFING CO. ET AL. *v.* CELOTEX CORP. ET AL. C. A. 5th Cir. Certiorari denied.